

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00029-CV

**IN THE INTEREST OF H.E.W.M.**, a Child

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 16-443CCL
Honorable Bill R. Palmer, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed: April 3, 2019

DISMISSED FOR LACK OF JURISDICTION

Appellant seeks to appeal an order signed on October 17, 2019. Because the order did not appear to dispose of all claims in the case, and no severance order appears in the record, appellant was ordered to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. Appellant did not respond to this court's order. An order that does not dispose of all parties and causes of action is not final and appealable. *See Houston Health Clubs, Inc. v. First Court of Appeals*, 722 S.W.2d 692, 693 (Tex. 1986); *Northeast Ind. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966). Accordingly, this appeal is dismissed for lack of jurisdiction.

PER CURIAM